**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  1:00 CR 239** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Judge Peter C. Economus** |
| | ) | |
| **ANTWON WRIGHT,** | ) | |
| | ) | |
| **Defendant.** | ) | **ORDER** |

On October 30, 2000, the Court sentenced the Defendant to 68 months imprisonment, followed by 3 years supervised release, for bank robbery, a Class C felony.  His supervised release commenced on April 14, 2005.

On or about July 16, 2007, the Defendant's probation officer submitted to the Court a Superceding Violation Report alleging five violations of the terms of the Defendant's supervised release:

>   1. New Law Conviction. On January 26, 2007, the offender pled guilty to Breaking and Entering and Theft in Cuyahoga County Common Pleas case no. 06 CR 477827. The court imposed an aggregate sentence of 12 months imprisonment to run concurrent with the Lake County case (Violation No. 2), with 3 years postrelease control supervision.
>
>   2. New Law Conviction. On November 17, 2005, the offender pled guilty to Failure to Comply with Police Order, Receiving Stolen Property and Burglary in Lake County Common Pleas Court case no. 05CR00655. Sentencing initially occurred January 3, 2006, and re-sentencing occurred February 28, 2007. The court imposed an aggregate sentence of 5 years in the Lorain Correctional Institution with credit for time served. His current scheduled release date is August 28, 2010.
>
>   3. Failure to Report Arrest in Timely Fashion.
>
>   4. Criminal Association. Convicted felon Selvin Cunningham was co-defender in both new law violations.

     5. Non-Payment of Restitution as Ordered. The only monthly payment was made in July, 2005.

On July 23, 2007, the Court referred the matter to United States Magistrate Judge George J. Limbert to conduct the appropriate proceedings, except for sentencing, and issue Report and Recommendation stating the Magistrate Judge's findings. In the Report and Recommendation the Magistrate Judge recommended that the Court find the Defendant in violation of the terms of his supervised release because, at the hearing before the Magistrate Judge, the Defendant admitted to the alleged violations. The Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

On September 5, 2007, the Defendant appeared before the Court for sentencing. The Court has considered the statutory maximum sentence of two years pursuant to 18 U.S.C. § 3583(e)(3). The Court has also considered the advisory policy statements set forth in Chapter Seven of the United States Sentencing Guidelines prior to imposing sentence. The guideline range is 21-27 months pursuant to U.S.S.G. § 7B1.4(a). Furthermore, the Court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) and 3583(d).

Based on this Court's review of all relevant factors, the Court hereby orders that the Defendant's supervised release is **REVOKED**, and the Defendant is committed to the custody of the Bureau of Prisons for 21 months, to run concurrently with the Defendants sentence in Lake County Common Pleas Court case no. 05CR00655. The Defendant's supervised release is hereby **TERMINATED**.

    **IT IS SO ORDERED**.

                                   **/s/ Peter C. Economus – September 5, 2007**
                                   **PETER C. ECONOMUS**
                                   **UNITED STATES DISTRICT JUDGE**